UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:23-cv-1594

SETH TAYLOR,

    Plaintiff,

vs.

ORANGE COUNTY SHERIFF'S OFFICE and
ADAM VILLAR, in his Official capacity
and also Individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, ORANGE COUNTY SHERIFF'S OFFICE and ADAM VILLAR, in his Official capacity and also Individually, by and through the undersigned counsel, pursuant to 28 U.S.C. Section 1114, 28 U.S.C. Section 1443, and U.S.C. Section 1446, hereby files and serves this Notice of Removal of the above captioned case from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States District Court for the

1

Middle District of Florida, Orlando Division, and in support thereof, state as follows:

1. All events giving rise to this cause of action took place in the Middle District of Florida, Orlando Division.

2. This Court has jurisdiction pursuant to 28 U.S.C. Section 1343(a)(3) because the action is being pursued to redress alleged deprivation under color of state law of the Plaintiff's rights secured by the United States Constitution.

3. This Court should exercise supplemental jurisdiction over the Plaintiff's state law claim pursuant to 28 U.S.C. Section 1367, because the state law claim is closely related and intertwined with the Plaintiff's claims for alleged violation of rights under the United States Constitution.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. Section 1446(b). Less than thirty (30) days have passed since the Defendants were served with the Summons and Second Amended Complaint.

5. The Defendants consent to the removal of this action.

6.  The Defendants have filed one legible copy of all process, pleadings, and orders that have been filed in the State Court action pursuant to 28 U.S.C. Section 1446(a). Copies are attached hereto as Exhibit "A." A Notice of Filing Notice of Removal has been filed in Orange County Circuit Court.

*/s/ Bruce R. Bogan, Esq.*
**Bruce R. Bogan, Esquire**
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer P.A.
105 E. Robinson Street, #201
Orlando, Fl. 32801
Telephone: 407-425-4251 ex.213
Facsimile 407-841-8431
Email: Bbogan@hilyardlawfirm.com
Email: DJadon@hilyardlawfirm.com
Attorneys for Defendants, Orange County Sheriff's Office and Adam Villar

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2023, I electronically filed the foregoing with the Clerk of the Circuit Court by using the CM/ECF system which will send notice of electronic filing to Plaintiff's counsel, **Glen B. Levine, Esquire,** Law Offices of

Anidjar and Levine, P.A. 300 SE 17th Street, Ft. Lauderdale, Florida 33316.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Florida Bar No. 599565
David R. Jadon, Esquire
Florida Bar No. 1010249
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL  32802-4973
Telephone (407) 425-4251
Facsimile  (407) 841-8431
Email: bbogan@hilyardlawfirm.com
Email: djadon@hilyardlawfirm.com
Attorneys for Defendants
